■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDY DOVER, Appellant. [826 NYS2d 575]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 28, 2002 (*People v Dover,* 294 AD2d 594 [2002]), affirming (1) a judgment of the County Court, Nassau County, rendered February 11, 1997, and (2) a resentence of the same court imposed June 4, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Crane and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD L. HERRING, JR., Appellant. [826 NYS2d 576]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered March 13, 2006, convicting him of unlawful imprisonment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Crane, J.P., Mastro, Santucci and Lifson, JJ., concur.